| First Name | Last Name | Pay Date | Pay rate | | Gross | Total paid hours | ACTUAL hours worked | Total Unpaid Hours | effective hourly pay | .5 OT damages | TOTAL .5 OT damages with liquidation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Michael | Niswonger | 8/9/2019 | $ | 22.64 | $ 855.04 | 33.35 | 33.35 | 0.00 | $25.64 | $0.00 | $ - |
| Michael | Niswonger | 8/16/2019 | $ | 22.64 | $ 1,155.60 | 40.00 | 40 | 0.00 | $28.89 | $0.00 | $ - |
| Michael | Niswonger | 8/23/2019 | $ | 22.64 | $ 905.60 | 40.00 | 57.5 | 17.50 | $15.75 | $137.81 | $ 275.62 |
| Michael | Niswonger | 8/30/2019 | $ | 22.64 | $ 1,180.60 | 40.00 | 57.12 | 17.12 | $20.67 | $176.92 | $ 353.85 |
| Michael | Niswonger | 9/6/2019 | $ | 22.64 | $ 905.60 | 40.00 | 50.86 | 10.86 | $17.81 | $96.69 | $ 193.37 |
| Michael | Niswonger | 9/13/2019 | $ | 22.64 | $ 905.60 | 40.00 | 41.4 | 1.40 | $21.87 | $15.31 | $ 30.62 |
| Michael | Niswonger | 9/20/2019 | $ | 22.64 | $ 905.60 | 40.00 | 52.56 | 12.56 | $17.23 | $108.20 | $ 216.41 |
| Michael | Niswonger | 9/27/2019 | $ | 22.64 | $ 905.60 | 40.00 | 32.38 | 0.00 | $27.97 | $0.00 | $ - |
| Michael | Niswonger | 10/4/2019 | $ | 22.64 | $ 905.60 | 40.00 | 44.71 | 4.71 | $20.25 | $47.70 | $ 95.40 |
| Michael | Niswonger | 10/11/2019 | $ | 22.64 | $ 905.60 | 40.00 | 51.52 | 11.52 | $17.58 | $101.25 | $ 202.49 |
| Michael | Niswonger | 10/18/2019 | $ | 22.64 | $ 905.60 | 40.00 | 60.07 | 20.07 | $15.08 | $151.29 | $ 302.57 |
| Michael | Niswonger | 10/25/2019 | $ | 22.64 | $ 905.60 | 40.00 | 63.27 | 23.27 | $14.31 | $166.53 | $ 333.07 |
| Michael | Niswonger | 11/1/2019 | $ | 22.64 | $ 905.60 | 40.00 | 59.43 | 19.43 | $15.24 | $148.04 | $ 296.08 |
| Michael | Niswonger | 11/8/2019 | $ | 22.64 | $ 905.60 | 40.00 | 66.64 | 26.64 | $13.59 | $181.01 | $ 362.02 |
| Michael | Niswonger | 11/15/2019 | $ | 22.64 | $ 905.60 | 40.00 | 55.86 | 15.86 | $16.21 | $128.56 | $ 257.12 |
| Michael | Niswonger | 11/22/2019 | $ | 22.64 | $ 905.60 | 40.00 | 40 | 0.00 | $22.64 | $0.00 | $ - |
| Michael | Niswonger | 11/29/2019 | $ | 22.64 | $ 905.60 | 40.00 | 54.29 | 14.29 | $16.68 | $119.18 | $ 238.37 |
| Michael | Niswonger | 12/6/2019 | $ | 22.64 | $ 905.60 | 40.00 | 44.87 | 4.87 | $20.18 | $49.14 | $ 98.29 |
| Michael | Niswonger | 12/13/2019 | $ | 22.64 | $ 905.60 | 40.00 | 55.59 | 15.59 | $16.29 | $126.99 | $ 253.97 |
| Michael | Niswonger | 12/20/2019 | $ | 22.64 | $ 500.00 | 0.00 | 0 | 0.00 | $0.00 | $0.00 | $ - |
| Michael | Niswonger | 12/20/2019 | $ | 22.64 | $ 905.60 | 40.00 | 57.47 | 17.47 | $15.76 | $137.64 | $ 275.29 |
| Michael | Niswonger | 12/27/2019 | $ | 22.64 | $ 905.60 | 40.00 | 59.57 | 19.57 | $15.20 | $148.75 | $ 297.51 |
| Michael | Niswonger | 1/3/2020 | $ | 22.64 | $ 905.60 | 40.00 | 41.61 | 1.61 | $21.76 | $17.52 | $ 35.04 |
| Michael | Niswonger | 1/10/2020 | $ | 22.64 | $ 905.60 | 40.00 | 51.54 | 11.54 | $17.57 | $101.38 | $ 202.77 |
| Michael | Niswonger | 1/17/2020 | $ | 22.64 | $ 905.60 | 40.00 | 59.41 | 19.41 | $15.24 | $147.94 | $ 295.87 |
| Michael | Niswonger | 1/24/2020 | $ | 22.64 | $ 905.60 | 40.00 | 62.84 | 22.84 | $14.41 | $164.58 | $ 329.15 |
| Michael | Niswonger | 1/31/2020 | $ | 22.64 | $ 905.60 | 40.00 | 58.36 | 18.36 | $15.52 | $142.45 | $ 284.90 |
| Michael | Niswonger | 2/7/2020 | $ | 22.64 | $ 905.60 | 40.00 | 54.26 | 14.26 | $16.69 | $119.00 | $ 238.00 |
| Michael | Niswonger | 2/14/2020 | $ | 22.64 | $ 905.60 | 40.00 | 57.16 | 17.16 | $15.84 | $135.94 | $ 271.87 |
| Michael | Niswonger | 2/21/2020 | $ | 22.64 | $ 905.60 | 40.00 | 55.79 | 15.79 | $16.23 | $128.15 | $ 256.31 |
| Michael | Niswonger | 2/28/2020 | $ | 22.64 | $ 905.60 | 40.00 | 57.22 | 17.22 | $15.83 | $136.27 | $ 272.53 |
| Michael | Niswonger | 3/6/2020 | $ | 22.64 | $ 905.60 | 40.00 | 59.37 | 19.37 | $15.25 | $147.73 | $ 295.46 |
| Michael | Niswonger | 3/13/2020 | $ | 22.64 | $ 905.60 | 40.00 | 59.74 | 19.74 | $15.16 | $149.62 | $ 299.24 |
| Michael | Niswonger | 3/20/2020 | $ | 22.64 | $ 905.60 | 40.00 | 61.88 | 21.88 | $14.63 | $160.10 | $ 320.21 |
| Michael | Niswonger | 3/27/2020 | $ | 22.64 | $ 905.60 | 40.00 | 57.02 | 17.02 | $15.88 | $135.16 | $ 270.31 |
| Michael | Niswonger | 4/3/2020 | $ | 22.64 | $ 905.60 | 40.00 | 61.65 | 21.65 | $14.69 | $159.01 | $ 318.02 |
| Michael | Niswonger | 4/10/2020 | $ | 22.64 | $ 905.60 | 40.00 | 64.14 | 24.14 | $14.12 | $170.42 | $ 340.84 |
| Michael | Niswonger | 4/17/2020 | $ | 22.64 | $ 905.60 | 40.00 | 63.12 | 23.12 | $14.35 | $165.85 | $ 331.71 |
| | | | | | | | | | | $4,222.14 | $ 8,444.29 |